**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 02-31-P-H** |
| | ) | |
| **KEVIN R. HALL,** | ) | |
| DEFENDANT | ) | |

**ORDER ON DEFENDANT'S OBJECTIONS TO MEMORANDUM OF DECISION AND GARNISHMENT ORDER**

I have read the United States Magistrate Judge's Memorandum of Decision and Garnishment Order, the defendant's objections, the government's response, and the transcript of the hearing. Upon *de novo* review, I conclude that the Magistrate Judge is correct upon both the facts and the law. I therefore **AFFIRM** the Magistrate Judge's Decision and Order.

The garnishee, State of Maine, is **DIRECTED** to dispose of the $15,411 of nonexempt property in its control by paying such sum to the United States of America within fourteen (14) days following entry of this Order on the docket.

**SO ORDERED.**

**DATED THIS 14TH DAY OF FEBRUARY, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**