UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>**v.** )<br>)<br>**KEVIN RICHARD HALL,** )<br>)<br>**DEFENDANT** ) | **CRIMINAL NO. 2:02-CR-31-DBH** |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On May 22, 2013, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on the motion for review of forfeiture filed by William M. Ferrell, Jr. Ferrell filed an objection to the Recommended Decision on June 4, 2013. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Ferrell's motion is **DISMISSED** because he does not have standing to request a review of this court's final order of forfeiture and, in any event, there is no relief that this court can provide.

**SO ORDERED.**

**DATED THIS 22ND DAY OF JULY, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**